| | | |
|---|---|---|
| **DONNA BROWN** | * | **NO. 2019-C-0447** |
| **VERSUS** | * | **COURT OF APPEAL** |
| **RALPH CHESSON, M.D.** | * | **FOURTH CIRCUIT** |
| | * | **STATE OF LOUISIANA** |
| | * | |
| | * | |

\* \* \* \* \* \* \*

**JFM**

MCKAY, C.J. concurs in the result